IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

NICOLE BOVÉ,

    Plaintiff,

vs.                                  CASE NO. 5:03cv312-LC/WCS

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.

_____/

## REPORT AND RECOMMENDATION

    Pending is Plaintiff's Motion for attorney's fees, filed April 19, 2005 and amended on April 20, 2005.  Docs. 17 and 18.  Plaintiff seeks attorney fees pursuant to the EAJA, 28 U.S.C. § 2412(d) in the amount of $3,334.49.  Defendant has filed a response to the application advising the court that they have no objection to the amount requested by Plaintiff.  Doc. 20.

In light of the above, it is **RECOMMENDED** that:

Plaintiff's motion for attorney's fees, doc. 17 and amended by doc. 18, be **GRANTED** and the court order that the Commissioner certify and pay to Plaintiff's attorney $3,334.49 as a reasonable fee.

**IN CHAMBERS** at Tallahassee, Florida, on May 9, 2005.

            s/    William C. Sherrill, Jr.
            **WILLIAM C. SHERRILL, JR.**
            **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**