**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**NICOLE BOVE´,**

    **Plaintiff,**

vs.                                               **CASE NO. 5:03cv312-LC/WCS**

**JO ANNE B. BARNHART,
Commissioner of Social Security,**

    **Defendant.**

                                               /

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated May 9, 2001. The parties have been furnished a copy of the report and recommendation and afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a de novo determination of any portions to which an objection has been made.

    Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated

2. Plaintiff's motion for attorney's fees, doc. 17 and amended by doc. 18, is **GRANTED** and the Commissioner shall certify and pay to Plaintiff's attorney $3,334.49 as a reasonable fee.

**DONE AND ORDERED** this 13th day of June, 2005.

*s/L.A. Collier*
LACEY A. COLLIER
Senior United States District Judge

Case No. 4:99cv159-LAC